[832 NE2d 41, 799 NYS2d 185]

In the Matter of MICHAEL J. GARSON.

Decided May 20, 2005

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Michael J. Garson is suspended, with pay, effective immediately, from his office of Justice of the Supreme Court of the State of New York, Second Judicial District, pursuant to New York State Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.